UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ANDREW MARTINEZ,<br>            Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>            Defendant. | Case No. 4:22-cv-02375-KAW<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

Plaintiff filed this Social Security appeal on April 15, 2022.  Defendant filed an answer and the administrative record on July 12, 2022. (Dkt. Nos. 12 & 13.)  Pursuant to the Social Security Procedural Order, Plaintiff's motion for summary judgment or motion for remand was due within 28 days of service of Defendant's answer, such that Plaintiff's last day to file the dispositive motion was August 9, 2022. (*See* Dkt. No. 7.)

To date, Plaintiff has not filed the requisite motion nor an administrative motion to extend the filing deadline.  Accordingly, on or before October 28, 2022, Plaintiff shall respond to this order to show cause why this case should not be dismissed for failure to comply with the August 9, 2022 deadline for filing the dispositive motion.  Plaintiff shall also file the dispositive motion by October 28, 2022.  The failure to file both documents will result in this case being dismissed without prejudice for failure to comply with the court-ordered deadline to file the dispositive motion.

IT IS SO ORDERED.

Dated: October 19, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge